360 A.2d 652
Commonwealth v. Chiccine, Appellant.

Argued June 14, 1976. Thomas K. Noonan, with him William J. Noone, for appellant; Richard B. Russell, District Attorney, with him Adam D. Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 655
Commonwealth, Appellant, v. Cohen et al.

Argued June 17, 1976. Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellant; Michael A. Klimpl, Assistant Public Defender, with him Robert T. Burke, for appellees.

Order affirmed.